**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PIPE FITTERS' RETIREMENT FUND, LOCAL 597; PIPE FITTERS' WELFARE FUND, LOCAL 597; PIPE FITTERS' TRAINING FUND, LOCAL 597; PIPE FITTERS' INDIVIDUAL ACCOUNT & 401(K) PLAN, LOCAL 597; CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; PIPE FITTING COUNCIL OF GREATER CHICAGO; and PIPE FITTERS' ASSOCIATION, LOCAL UNION 597, U.A., <br><br> Plaintiffs, <br><br> vs. <br><br> MILLENNIUM CONTRACTING CO., an Illinois Corporation, <br><br> Defendant. | CASE NO.: 21-cv-1553 <br><br> JUDGE: Aspen <br><br> MAG. JUDGE: Jantz |

**FINAL DEFAULT JUDGMENT ORDER**

Upon consideration of the Plaintiffs' Motion for Default Judgment and the Court being duly advised,

**IT IS HEREBY ORDERED**:

A. Default Judgment in favor of the Plaintiffs and against the Defendant MILLENNIUM CONTRACTING CO. ("MCC") is entered in the aggregate amount of $19,653.31, which is itemized as follows:

   i. $14,829.39 in liquidated damages and interest resulting from the late payment of contributions owed for the months of August 2020, September 2020, October 2020, November 2020, December 2020 and January 2021;

   ii. $86.26 in 401(k) liquidated damages and interest resulting from the late payment

        of 401(k) elective deferrals during the month of July 2020; and

    iii.    $4,737.66 in attorney's fees and costs.

B.    That Plaintiffs are entitled to such other relief and further relief as the Court may deem just and equitable all at Defendant MCC's cost, pursuant to 29 U.S.C. §1132(g)(2)(E).

ORDERED BY:

_____
HONORABLE JUDGE MARVIN E. ASPEN

Dated: August 16, 2021