**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PIPE FITTERS' RETIREMENT FUND, LOCAL 597; PIPE FITTERS' WELFARE FUND, LOCAL 597; PIPE FITTERS' TRAINING FUND, LOCAL 597; PIPE FITTERS' INDIVIDUAL ACCOUNT & 401(K) PLAN, LOCAL 597; CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; PIPE FITTING COUNCIL OF GREATER CHICAGO; and PIPE FITTERS' ASSOCIATION, LOCAL UNION 597, U.A., | CASE NO.: 21-cv-1553 <br><br> JUDGE: Aspen <br><br> MAG. JUDGE: Jantz |
| Plaintiffs, | |
| vs. | |
| MILLENNIUM CONTRACTING CO., an Illinois Corporation, | |
| Defendant. | |

## FULL SATISFACTION OF JUDGMENT

Now come the Plaintiffs, the PIPE FITTERS' RETIREMENT FUND, LOCAL 597, *et al.*, by and through their attorneys, JOHNSON & KROL, LLC, and hereby file this Satisfaction of Judgment as to Defendant/Judgment Debtor MILLENNIUM CONTRACTING CO. ("MCC"), and state as follows:

1. On August 16, 2021, this Honorable Court entered Judgment in favor of Plaintiffs and against Defendant/Judgment Debtor MCC in the aggregate amount of $19,653.31. (Docket No. 15)

2. The Plaintiffs have since received an agreed upon payment from Defendant/Judgment Debtor MCC, and Plaintiffs have acknowledged receipt of payment as settlement for the Judgment.

**NOW, THEREFORE:**

Complete satisfaction of Judgment is hereby acknowledged by the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; the PIPE FITTERS' WELFARE FUND, LOCAL 597; the PIPE FITTERS' TRAINING FUND, LOCAL 597; PIPE FITTERS' INDIVIDUAL ACCOUNT & 401(K) PLAN, LOCAL 597; the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; the PIPE FITTING COUNCIL OF GREATER CHICAGO, and the PIPE FITTERS' ASSOCIATION, LOCAL UNION 597 U.A. as to Defendant MCC.

Respectfully submitted,

**PIPE FITTERS' RETIREMENT FUND, LOCAL 597 *et al.***

/ s/ Adam Y. Decker (63407-53)
*One of the Plaintiffs' Attorneys*
JOHNSON & KROL, LLC
450 E. 96th Street, Suite 500
Indianapolis, IN 46240
(317) 754-8720
decker@johnsonkrol.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on November 1, 2021, he served a copy of the foregoing *Full Satisfaction of Judgment* via U.S. First-Class Mail on the Defendant at the address listed below.

**Millennium Contracting Co.**
c/o Michael Synowiecki, Registered Agent
c/o Richard Velazquez, Attorney
20 S. Clark Street, Ste. 400
Chicago, Illinois 60603

                /s/ Adam Y. Decker (63407-53)
                *One of the Plaintiffs' Attorneys*